UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-21552-CIV-KMM

MICHAEL TORRES DIAZ and all others        )
similarly situated under 29 U.S.C. 216(b), )
                                           )
              Plaintiff,                   )
     vs.                                   )
                                           )
                                           )
ADVENTURE TIRES 3 LLC                      )
LUIS SERRANO                               )
                                           )
              Defendants.                  )
_____        )
                                           )

## PLAINTIFF'S STATEMENT OF CLAIM

Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

**MICHAEL TORRES DIAZ**
**Federal Time and a Half Overtime Wage Claim (3/1/2015-6/23/2016):**
Weeks: 68 (69 weeks minus 1 week)
Overtime hours per week: 5
Amount of half overtime per hour not compensated: $37.5 (based on $25.00/hr.)
Total overtime wages unpaid and liquidated damages: $12,750.00 X 2 = $25,500.00, *exclusive of* **attorneys' fees and costs**

**Federal Time and a Half Overtime Wage Claim (6/24/2016-4/2/2018):**
Weeks: 91 (92 weeks minus 1 week)
Overtime hours per week: 5
Amount of half overtime per hour not compensated: $24.00 (based on $16.00/hr.)
Total overtime wages unpaid and liquidated damages: $10,920.00 X 2 = $21,840.00, *exclusive of* **attorneys' fees and costs**

**Total Liquidated: $47,340.00**

**Attorney Fees and Cost:**
J.H. Zidell Esq.   2hrs. x 390 per hour= $780.00
K. David Kelly Esq. .8hrs x 350 per hour = $280.00
Natalie Staroschak Esq. .20hr x. 285 per hour = $57.00
Alejandro G. Martinez Maldonado Esq 1.8 x. 275 per hour = $495.00
Cost: $440.00

        Respectfully submitted,

        J. H. ZIDELL, P.A.
        ATTORNEYS FOR PLAINTIFF
        300-71ST STREET, SUITE 605
        MIAMI BEACH, FLORIDA 33141
        305-865-6766
        305-865-7167

        /s/ Alejandro G. Martinez-Maldonado, Esq.
          Alejandro G. Martinez-Maldonado, Esq.
          Florida Bar No.: 108112

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 5/8/18 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Alejandro G. Martinez-Maldonado_____**
      **Alejandro G. Martinez-Maldonado, ESQ.**