**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 1:18-cv-21552-KMM

MICHEL TORRES DIAZ, and all others similarly situated under 29 U.S.C. 216(b),

    Plaintiffs,

v.

ADVENTURE TIRES 3 LLC, LUIS SERRANO,

    Defendants.

_____/

## DEFENDANT ADVENTURE TIRES 3 LLC'S, RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

    Defendant Adventure Tires 3 LLC, by and through undersigned counsel, and in accordance with the Court's Pre-Trial Order [DE5], in response to Plaintiff's Statement of Claim [DE 11], respond as follows;

    1.    Plaintiff was employed from May to August of 2015 by Defendant, and then from April of 2016 to April of 2018.

    2.    Plaintiff was paid a guaranteed minimum salary of $800 per-week regardless of whether the hours he worked were many or few. This is a half-time case, if any overtime is owed.

    3.    Plaintiff received $800 per week for every week between May and August of 2015, and April of 2016 and April of 2018.

    4.    Plaintiff worked 40 hours per-week, as he was scheduled to work 45 hours but had a one hour, unpaid, uninterrupted, lunch every day. This early in discovery there is no reason for Defendant to conclude Plaintiff worked more than scheduled, as employees were only permitted to work scheduled hours.

5. $800/40hrs = $20.00 per-hour. Half-time rate is $10 per hour, applicable weeks is 122 weeks, no overtime in any week according to Defendant's estimates.

6. Plaintiff may not recover for hours he did not actually work.

7. If any unpaid compensation is found to be owed, Plaintiff fails to state a claim for liquidated damages because the allegations do not rise to the requisite standard required for liquidated damages under the FLSA. Defendants' actions were in good faith and Defendants had reasonable grounds for believing that they were in compliance with the FLSA.

8. Plaintiff has failed to meet the requirements to bring a collective action under the FLSA.

9. Plaintiff was paid for all hours worked.

10. Plaintiff did not work the number of hours claimed in his statement of claim.

11. Plaintiff did not work all of the weeks that he claims to have worked in his statement of claim.

12. At no time was Plaintiff paid less than the Florida Minimum Wage, for any hours worked.

13. There is no time-and-one-half claim as Plaintiff did not work any hours for which he was not compensated.

14. Some, or all, of Plaintiff's damages are barred by Section 11 of the Portal-to-Portal Act, 29 U.S.C. § 260, because the acts or omissions complained of, if any occurred, were done in good faith and with reasonable grounds for believing that the acts or omissions were not in violation of the FLSA.

Respectfully Submitted, May 31, 2018,

>LUBELL & ROSEN, LLC
>*Attorneys for Defendants*
>200 S. Andrews Ave, Suite 900
>Fort Lauderdale, Florida 33301
>Phone: (954) 880-9500
>Fax: (954) 755-2993
>E-mail:   adi@lubellrosen.com
>
>By: *s/Joshua H. Sheskin*
>   Joshua H. Sheskin, Esquire
>   Florida Bar No. 93028

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 31, 2018, I electronically filed the foregoing document with the clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>By:   /s Joshua H. Sheskin
>   Joshua H. Sheskin, Esquire
>   Florida Bar No: 93028

## SERVICE LIST

*Diaz v. Adventure Tires 3 LLC, et al*
Case No.: 1:18-cv-21552-KMM

| | |
|---|---|
| E. David Kelly, Esquire<br>Alejandro G. Martinez-Maldonado, Esq.<br>Natalie Staroschak Esq.<br>J.H. ZIDELL, P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141<br>David.kelly38@rocketmail.com<br>Martinez.zidelllaw@gmail.com<br>nstar.zidellpa@gmail.com | Adi Amit, Esquire<br>LUBELL & ROSEN, LLC<br>200 S. Andrews Avenue<br>Suite 900<br>Fort Lauderdale, Florida 33301<br>adi@lubellrosen.com<br>*Counsel for Defendant, Adventure Tires 3 LLC* |

*Counsel for Plaintiff*