UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:18-cv-21552-KMM

MICHEL TORRES DIAZ, and all others similarly situated under 29 U.S.C. 216(b),

    Plaintiffs,

v.

ADVENTURE TIRES 3 LLC, LUIS SERRANO,

    Defendants.
_____/

## DEFENDANT ADVENTURE TIRES 3 LLC'S MOTION FOR CLARIFICATION OF ORDER SCHEDULING SETTLEMENT CONFERENCE

Defendant, ADVENTURE TIRES 3 LLC, by and through undersigned counsel, hereby moves for clarification of the Order Scheduling Settlement Conference for July 17, 2018 [DE 18], based on the fact that not all Defendants have been served, and state the following in support of clarification;

1. There are two Defendants in the instant action ADVENTURE TIRES 3 LLC, and LUIS SERRANO. ADVENTURE TIRES 3 LLC, has been served, filed an answer, and has participated in the instant action. However, Plaintiff has not filed an affidavit indicating whether the individual Defendant has been served since the Oder Granting Plaintiff's Unopposed Motion for Extension of Time to Conduct the Settlement Conference, due to one Defendant not yet being served. [DE 17].

2. Docket Entry 18, Order Scheduling Settlement Conference, schedules the settlement conference in this action for July 17, 2018. Although a follow-up order has not been docketed as to the unserved Defendant.

1

3. Upon information and belief, LUIS SERRANO is still unserved, and Defendants are unsure of how a settlement conference can proceed without all defendants participating in it.

WHEREFORE; Defendant ADVENTURE TIRES 3 LLC., moves for this Court to clarify how the parties should proceed with a settlement conference scheduled for July 17, 2018, in light of Defendant SERRANO remaining unserved.

Respectfully Submitted, July 12, 2018,

> LUBELL & ROSEN, LLC
> *Attorneys for Defendants*
> 200 S. Andrews Ave, Suite 900
> Fort Lauderdale, Florida 33301
> Phone: (954) 880-9500
> Fax: (954) 755-2993
> E-mail:   adi@lubellrosen.com
>
> By: *s/Joshua H. Sheskin*
>    Joshua H. Sheskin, Esquire
>    Florida Bar No. 93028

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 12, 2018, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> By:   /s Joshua H. Sheskin
>    Joshua H. Sheskin, Esquire
>    Florida Bar No: 93028

## SERVICE LIST

*Diaz v. Adventure Tires 3 LLC, et al*
Case No.: 1:18-cv-21552-KMM

E. David Kelly, Esquire
Alejandro G. Martinez-Maldonado, Esq.
Natalie Staroschak Esq.
J.H. ZIDELL, P.A.
300 71st Street
Suite 605
Miami Beach, Florida 33141
David.kelly38@rocketmail.com
Martinez.zidelllaw@gmail.com
nstar.zidellpa@gmail.com
*Counsel for Plaintiff*

Adi Amit, Esquire
LUBELL & ROSEN, LLC
200 S. Andrews Avenue
Suite 900
Fort Lauderdale, Florida 33301
adi@lubellrosen.com
*Counsel for Defendant, Adventure Tires 3 LLC*