UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-CV-21552-KMM/SIMONTON

MICHEL TORRES DIAZ, and all others
Similarly situated under 29 U.S.C 216(b)

 Plaintiff,

v.

ADVENTURE TIRES 3 LLC,
LUIS SERRANO,

 Defendants.
_____/

## RESPONSE TO ORDER REQUIRING EXTEDITED RESPONSE TO MOTION FOR CLARIFICATION OF ORDER SCHEDULING SETTLEMENT CONFERENCE

**COMES NOW**, the Plaintiff, by and through the undersigned counsel and hereby file this response and states as follows:

1. On 07/12/2018 Defendant ADVENTURE TIRES 3 LLC filed a motion for clarification of order scheduling settlement conference. [D.E.21].

2. On said motion the defendants requested the Court to clarify whether the parties should proceed with the settlement conference scheduled for July 17, 2018 in light of individual defendant LUIS SERRANO not being served. [D.E.21].

3. On July 12th 2018, the Court entered an Order requesting plaintiff to file a response stating the status of service of Defendant Luis Serrano and Plaintiff's position with respect to whether the settlement conference should proceed. [D.E.22].

4. As of the present date, Defendant Luis Serrano has not been served by Plaintiff. It is our understanding that individual defendant LUIS SERRANO is currently outside of the country. It is believed he might be in Venezuela for business. However, Plaintiff has informed the

undersigned that individual defendant LUIS SERRANO travels back and forward from Venezuela to the United States very frequently.

5. The process server is currently trying to serve the defendant and is under continuing efforts to serve defendant once he is back in the country.

6. It is Plaintiff's position that even though Mr. Serrano has not yet been served, since Corporate Defendant ADVENTURE TIRES 3 LLC can still engage in settlement efforts on Plaintiff's claim, the settlement conference set for July 17th, 2018 should still go forward.

7. Thus, it is Plaintiff's position that the parties should move forward with the settlement conference set for July 17th, 2018.

**WHEREFORE**, Plaintiff hereby submits the following response to the Order entered on [D.E.22] and request this Honorable Court to take notice of the above and made any ruling it deems necessary.

Respectfully Submitted.

J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By:  /s/ *Alejandro G. Martinez*
Alejandro G. Martinez, Esq.
Florida Bar No.: 0108112
Email: Martinez.zidelllaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Thursday, July 12, 2018, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY: ___Alejandro G. Martinez_____
Alejandro G. Martinez, Esq.

## SERVICE LIST

| | |
|---|---|
| **Adi Amit, Esq.**<br>Lubell Rosen<br>*Attorneys for Defendants*<br>900 S Andrews Ave, Ste. 900<br>Fort Lauderdale, FL 33301<br>954-880-9500<br>Fax: 954-755-2993<br>Email: adi@lubellrosen.com | |