UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-CV-21552-KMM

MICHEL TORRES DIAZ, and all others
Similarly situated under 29 U.S.C 216(b)

      Plaintiff,

v.

ADVENTURE TIRES 3 LLC,
LUIS SERRANO,

      Defendants.
_____/

**PARTIES' CONSENT TO JURISDICTION OF MAGISTRATE JUDGE FOR ALL MATTERS INCLUDING TRIAL**

      Pursuant to Title 28, U.S.C. § 636(c), the Parties to the above-captioned civil matter, by and through their undersigned counsel, hereby voluntarily consent to have United States Magistrate Andrea M. Simonton decide all matters, including jury trial.

DATED:  The 23th day of July 2018.

| | |
|---|---|
| By: */s/ Neil Tobak, Esq.*_____ | By: */s/ Joshua Sheskin*_____ |
| Neil Tobak, Esq. | Joshua Sheskin, Esq. |
| Fla. Bar No. 093940 | Fla. Bar No.: 93028 |
| Ntobak.zidellpa@gmail.com | Email: jhs@lubellrosen.com |
| J.H. Zidell, P.A. | Lubell Rosen |
| 300 71st Street, Suite 605 | 200 South Andrews Ave. |
| Miami Beach, FL 33141 | Suite 900 |
| Telephone: (305) 865-6766 | Ft. Lauderdale, FL 33301 |
| Facsimile: (305) 865-7167 | 954-880-9500 |
| *Attorneys for Plaintiff* | Fax: 954-755-2993 |
| | *Attorney for Defendants* |